Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

Federico Cortes leal
---
Write the full name of each plaintiff or petitioner.

Case No. 24 cv 02267 (LJL)

-against-

Letter re: Extension of time to file my answer.

337 Fast Food Corp. d/b/a The Munchies and Hikmatullah Rasul
---
Write the full name of each defendant or respondent.

I Hikmatullah Rasul, am one of the Defendant in the Subject case when I, received the Summon, I contacted the plaintiff's attorney and asked him for a reasonable settlement. The plaintiff's attorney agreed that he also want to do a settlement and agreed not to peruse the case in the court while the settlement agreement is being discussed.

Now, I have received a settlement offer from plaintiff's attorney and it seems totally unreasonable.

I request the honorable Court to give me some time so that I could seek an attorney and or argue by myself.

5/17/2024
Dated

Signature

Hikmatullah Rasul
Name

Prison Identification # (if available)

22 linden ave    Floral Park    ny    11001
Address          City           State  Zip Code

9174365666
Telephone Number (if available)

E-mail Address (if available)

RECEIVED SDNY PRO SE OFFICE 2024 MAY 17 PM 4:19

I, Hikmatullah Rasul, am the sole owner of the business entity "337 Fast Food Corp d/b/a The Munchies.

I request the honorable court to give me some time so that I could seek an attorney. H·R