```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
FEDERICO CORTES LEAL,                                          :
                                                               :
                         Plaintiff,                            :
                                                               :      24-cv-2267 (LJL)
           -v-                                                 :
                                                               :          ORDER
337 FAST FOOD CORP. d/b/a THE MUNCHIES and                     :
HIKMATULLAH RASUL,                                             :
                                                               :
                         Defendants.                           :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/5/2024__

LEWIS J. LIMAN, United States District Judge:

    On July 25, 2024, the Court granted Plaintiff's motion to approve the parties' settlement. Dkt. No. 12. The Court also directed Plaintiff to inform the Court by August 1, 2024 whether the complaint can now be dismissed and the case closed. *Id.* at 2. Plaintiff has not done so.

    Unless Plaintiff files a letter by August 12, 2024 indicating that the complaint should not be dismissed, the Court will dismiss the complaint and direct the Clerk of Court to close this case.

    SO ORDERED.

Dated: August 5, 2024
       New York, New York

                                                              LEWIS J. LIMAN
                                                United States District Judge